FILED: September 15, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1375
(1:14-cv-01498-TSE-JFA)
_____

ROSS A. FIORANI, JR.

    Plaintiff - Appellant

v.

NAVY FEDERAL CREDIT UNION; ROBERT BERGER, Senior Vice President; MR. STEINER, Account Manager; THEMA T. SCOTT, MD, OL S-30079348896; SIA COMPANY

    Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered August 24, 2015, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                  */s/Patricia S. Connor, Clerk*